# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 11-PO-00139-DLW<br>U.S. MARSHALS NO: 37886-013 |
| JEREMIAH KARSTEN | Pro Se<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts One and Two of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 1.5 | Knowingly entering upon a roadway and lands that were closed to public use | 08/14/11 | One |
| 36 C.F.R. 4.14(b) | Open container of alcoholic beverage within a motor vehicle within the park | 08/14/11 | Two |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 15, 2011
Date of Imposition of Judgment

_Signature of Judicial Officer_

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

August 15, 2011
Date

DEFENDANT: JEREMIAH KARSTEN
CASE NUMBER: 11-PO-00139-DLW                                             Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned to credit for time served.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                                                           UNITED STATES MARSHAL

                                               By_____
                                                          Deputy United States Marshal

DEFENDANT: JEREMIAH KARSTEN
CASE NUMBER: 11-PO-00139-DLW                                          Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $75.00 | $0.00 |
| Two | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $20.00 | | $75.00 | $0.00 |

DEFENDANT: JEREMIAH KARSTEN
CASE NUMBER: 11-PO-00139-DLW                              Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest